# Exhibit A – State Court Documents

# Exhibit A – State Court Documents

Received by Process
8/13/21 2:20P

4085

## SECOND JUDICIAL DISTRICT COURT FOR

## WASHOE COUNTY, NEVADA

| | |
|---|---|
| ALL BUILDING AND PROPERTY SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT E. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE TRUST; VISTA POINTE HOMEOWNERS ASSOCIATION, a Nevada Non Profit Cooperative Corporation; LEACH KERN GRUCHOW ANDERSON SONG, LTD., a Nevada Limited Liability Company, SECRETARY OF HOUSING AND URBAN DEVELOPMENT; DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. CV21-01486<br><br>Dept. No.: 15 |

### SUMMONS

**TO THE DEFENDANT: SECRETARY OF HOUSING AND URBAN DEVELOPMENT**

**YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND IN WRITING WITHIN 21 DAYS. READ THE INFORMATION BELOW VERY CAREFULLY.**

A civil complaint or petition has been filed by the plaintiff(s) against you for the relief as set forth in that document (see complaint or petition). When service is by publication, add a brief statement of the object of the action.
**The object of this action is:** quiet title and declaratory relief concerning 3734 Ranch Crest Dr., Reno NV 89509.

    1. If you intend to defend this lawsuit, you must do the following within 21 days after service of this summons, exclusive of the day of service:
    a. File with the Clerk of the Court, whose address is shown below, a formal written answer to the complaint or petition, along with the appropriate filing fees, in accordance with the rules of the Court, and;
    b. Serve a copy of your answer upon the attorney or plaintiff(s) whose name and address is shown below.

2. Unless you respond, a default will be entered upon application of the plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the complaint or petition.

Dated this __12th__ day of __AUGUST__, 2021.

Issued on behalf of Plaintiff:

/s/ Kerry P. Faughnan
Kerry P. Faughnan, Esq.
Nevada Bar No. 12204
P.O. Box 335361
North Las Vegas, Nevada 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

ALECIA L. LERUD
CLERK OF THE COURT

By: __/s/ CHERYL SULEZICH__
Deputy Clerk
Second Judicial District Court
75 Court Street
Reno, Nevada 89501

FILED
Electronically
CV21-01486
2021-08-12 10:01:16 AM
Alicia L. Lerud
Clerk of the Court
Transaction # 8591851 : csulezic

Received in the case
8/13/21 2:20p

**$1425**
Kerry P. Faughnan, Esq., NSB #.12204
P.O. Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Plaintiff

## SECOND JUDICIAL DISTRICT COURT FOR

## WASHOE COUNTY, NEVADA

| | |
|---|---|
| ALL BUILDING AND PROPERTY SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>ROBERT E. POOLE, TRUSTEE DOROTHY D. POOLE TRUST;<br>DOROTHY D. POOLE, TRUSTEE DOROTHY D. POOLE TRUST;<br>DOROTHY D. POOLE TRUST;<br>VISTA POINTE HOMEOWNERS ASSOCIATION, a Nevada Non Profit Cooperative Corporation;<br>LEACH KERN GRUCHOW ANDERSON SONG, LTD., a Nevada Limited Liability Company,<br>SECRETARY OF HOUSING AND URBAN DEVELOPMENT;<br>DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.<br><br>Dept. No.<br><br>**COMPLAINT FOR QUIET TITLE, DAMAGES AND DECLARATORY RELIEF**<br><br>**Exempt from Arbitration: Concerns Title to Property** |

Plaintiff ALL BUILDING AND PROPERTY SERVICES, INC., by and through its attorney, Kerry P. Faughnan, Esq., hereby complains against the above-named Defendants as follows:

**PARTIES, JURISDICTION AND VENUE**

1. This action relates to the ownership and title of certain real property located in Washoe County, Nevada, commonly known as 3734 Ranch Crest Dr., Reno NV 89509 (the "Property"). Accordingly, jurisdiction and venue are appropriate in Washoe County, Nevada.

1

2. Plaintiff ALL BUILDING AND PROPERTY SERVICES, INC. ("Plaintiff" or "ABPS") is a Nevada Limited Liability Company formed under the laws of the state of Nevada.

3. Upon information and belief, Defendants ROBERT E. POOLE, TRUSTEE, DOROTHY D. POOLE, TRUSTEE, and the DOROTHY D. POOLE TRUST were the parties holding title to the Property prior to a foreclosure sale through which Plaintiff derives its title, (hereinafter "the TRUST.")

4. Upon information and belief, VISTA POINTE HOMEOWNERS ASSOCIATION, is a Nevada Non Profit Cooperative Corporation doing business in Washoe County, Nevada, (hereinafter "the HOA" or "VISTA POINTE".)

5. Upon Information and belief, LEACH KERN GRUCHOW ANDERSON SONG, LTD., is a Nevada Limited Liability Company doing business in Washoe County, Nevada, (hereinafter "LEACH KERN",) and at all times pertinent herein, was an agent of VISTA POINTE.

6. Upon information and belief, the Defendant SECRETARY OF HOUSING AND URBAN DEVELOPMENT held a mortgage against the Property prior to a foreclosure sale through which Plaintiff derives its title, (hereinafter "HUD".)

7. The true names and capacities of Does 1 through 10 ("Doe Defendants") are currently unknown to Plaintiff, who therefore sues such Doe Defendants by fictitious names. Plaintiff will seek leave of court to amend this Complaint to reflect the true names and capacities of each of the Doe Defendants as and when such information is ascertained. (The above-identified defendants, including the Doe Defendants, are referred to collectively herein as "Defendants.")

**GENERAL ALLEGATIONS**

8. On June 11, 2021, Plaintiff purchased certain real property commonly known as 3734 Ranch Crest Dr., Reno NV 89509 at a properly noticed foreclosure sale in accordance with NRS 116.3116 through 116.31168, inclusive.

9. The sale was conducted by Defendant LEACH KERN for the benefit of VISTA POINT.

10. The Certificate of Sale concerning the property was recorded July 1, 2021 with the Washoe County Recorder's Office as Book/Instrument Number 5199666. The Certificate of Sale was signed by Gayle A. Kern Esq. of LEACH KERN as attorney for VISTA POINT. A true and correct copy of the Certificate of Sale is attached hereto as Exhibit 1.

11. Upon information and belief, the Defendants may have had an interest in the Property at one time.

12. Upon information and belief, none of the Defendants have a valid interest in the Property subsequent to the foreclosure sale.

13. Plaintiff is unable to obtain title insurance on the Property without first quieting claims against all known persons and/or entities claiming legal or equitable interests in the Property.

### FIRST CLAIM FOR RELIEF

### (Quiet Title and Money Damages)

14. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 13 of this Complaint, as though fully set forth herein.

15. Plaintiff is the rightful owner of the Property by virtue of 61 days elapsing after the foreclosure sale from which Plaintiff obtained its interest in the Property, and no Defendant having complied with the requirements of NRS 116.31166 and having tendered to Plaintiff the funds and required documents under said statute to redeem the Property.

16. On August 11, 2021, 61 days after the sale, Plaintiff requested LEACH KERN, agent for VISTA POINTE, to issue Plaintiff its deed to the Property.

17. On August 11, 2021, after Plaintiff contacted LEACH KERN for its deed, LEACH KERN contacted HUD stating HUD could redeem the Property by sending $7,551.30 payable to VISTA POINT, but delivering payment to LEACH KERN, without any further compliance with NRS 116.31166.

18. Plaintiff, after learning LEACH KERN offered HUD open redemption rights, also subsequently advised LEACH KERN that Plaintiff would not authorize LEACH KERN on its behalf to offer any settlement to HUD after the 60 days.

19. HUD and the TRUST, by not timely redeeming the Property pursuant to the requirements of NRS 116.31166(3) and NRS 116.31166(4) tendering to <u>Plaintiff</u> the required payment, interest, and documentation, forfeited all claims and interest in the Property under its deeds of trust recorded against the Property.

20. LEACH KERN, agent for VISTA POINTE, now refuses to deliver a deed to Plaintiff for the Property pursuant to NRS 116.31166(7).

21. LEACH KERN, agent for VISTA POINTE, is not authorize by law, and was not authorized by Plaintiff, to offer HUD redemption rights after the expiration of 60 days elapsing after a NRS Chapter 116 foreclosure sale.

22. Plaintiff has now been damages in loss of use of the property, loss of rents, and the value of the property because of VISTA POINTE and its agent LEACH KERN failing to deliver Plaintiff its deed to the Property, the amount to be proven at trial.

23. Plaintiff will also suffer consequential damages as without the deed, Plaintiff can not enter make necessary roof, window, flashing and deck repairs to the property and pull permits as an owner while ownership is under dispute, in the event there is subsequent snow or rain which causes damages before repairs can be undertaken to make the property watertight.

24. Plaintiff is further entitled a temporary and permanent injunction enjoining LEACH KERN and VISTA POINTE from offering or accepting a redemption from HUD.

25. Plaintiff is further entitled to a determination from this Court, pursuant to NRS 40.010, that Plaintiff is the rightful owner of the Property and that the TRUST Defendants and HUD, have no right, title, or interest in the Property.

26. Plaintiff is further entitled to an order from this Court compelling LEACH KERN and VISTA POINTE to deliver Plaintiff's deed to the Property as a result of the foreclosure sale for which Plaintiff paid the purchase price.

## SECOND CLAIM FOR RELIEF

### (Declaratory Relief)

27. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 27 of this Complaint, as though fully set forth herein.

28. Plaintiff seeks a declaration from this Court, pursuant to NRS 30.010, that title in the Property is vested in Plaintiff free and clear of all claims of the TRUST Defendants and HUD, that said Defendants herein have no estate, right, title or interest in the Property, and that said Defendants are forever enjoined from asserting any estate, title, right, or interest in the Property adverse to Plaintiff.

29. Plaintiff further seeks a declaration from this Court, pursuant to NRS 30.010, that Defendants LEACH KERN and VISTA POINTE are obligated to deliver Plaintiff its deed to the Property.

//

//

//

**WHEREFORE**, Plaintiff prays for the following relief:

1. General and consequential damages as established at trial against LEACH KERN and VISTA POINTE';

2. A permanent injunction enjoining LEACH KERN and VISTA POINTE from offering or accepting a redemption from HUD;

3. For a determination and declaration that Plaintiff is the rightful holder of title to the Property, free and clear of all claims of the TRUST Defendants and HUD;

4. For an order from this Court compelling LEACH KERN and VISTA POINTE to deliver Plaintiff's deed to the Property as a result of the foreclosure sale;

5. For such other and further relief as this Court may deem just and proper.

Pursuant to NRS 239B.030 and 603A.040, the undersigned does hereby affirm that the preceding document does not contain the personal information of any person.

DATED August 12, 2021.    /s/ Kerry P. Faughnan
Kerry P. Faughnan, Esq., NSB 12204
P.O. Box 335361
North Las Vegas, Nevada 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Plaintiff

# INDEX OF EXHIBITS

| Exhibit # | Date | Title | Page(s) |
|---|---|---|---|
| 1 | 7/1/2021 | Certificate of Sale | 4 |

1

F I L E D
Electronically
CV21-01486
2021-08-12 10:01:16 AM
Alicia L. Lerud
Clerk of the Court
Transaction # 8591851 : csulezic

# EXHIBIT 1

# EXHIBIT 1

APN: 041-313-12

Mail Tax Statements to:
All Building and Property Services
42 Burke Creek Ct.
Stateline, NV 89449

When recorded mail to:

Vista Pointe Homeowners Association
c/o Leach Kern Gruchow Anderson Song
5421 Kietzke Lane, Suite 200
Reno, NV 89511

The undersigned hereby affirms that this document, including any exhibits, submitted for recording does not contain the social security number of any person or persons. (Per NRS 239B.030)

DOC #5199666
07/01/2021 09:13:47 AM
Electronic Recording Requested By
LEACH KERN GRUCHOW ANDERSON SO
Washoe County Recorder
Kalie M. Work
Fee: $43.00   RPTT: $0
Page 1 of 3

## CERTIFICATE OF SALE

THIS CERTIFICATE OF SALE, made the 11th day of June, 2021, between Vista Pointe Homeowners Association, as Grantor in foreclosure of the Notice of Delinquent Assessment and Claim of Lien Homeowners Association, and All Building and Property Services as Grantee.

WITNESSETH that the Grantor, pursuant to NRS 116.31162, 116.31163, 116.31164 and other applicable provisions of Chapter 116 of the Nevada Revised Statutes, did sell under foreclosure of the Notice of Delinquent Assessment and Claim of Lien Homeowners Association, identifying Dorothy D. Poole Trust as the homeowner(s), recorded August 3, 2020 as Document Number 5060706, of Official Records of Washoe County, State of Nevada, the same having remained unpaid and the Grantor having recorded a Notice of Default and Election to Sell on October 16, 2020 as Document Number 5091506, of Official Records of Washoe County, State of Nevada, and there being no satisfaction of the aforesaid obligation, and the Notice of Sale was recorded April 26, 2021 as Document No. 5171501; the Notice of Sale was mailed to all lienholders, all persons claiming an interest in the real property and the Notice of Sale was advertised, published and posted after the elapsing of 90 days from the recording and mailing of said Notice of Default and Election to Sell according to the law and meeting all requirements of applicable law, including but not limited to NRS 116.3116 – NRS 116.31168, and the sale having occurred on June 11, 2021 and

WHEREAS the Grantee did bid and pay the sum of $7,215.00 for the interest of the Grantor, whatever it may be under Nevada law, under the assessment and lien and does hereby purchase all right, title and interest of the current vested owner, subject to any priority encumbrances of record as provided by applicable Nevada or federal law, including

1

but not limited to those deeds of trust with a beneficiary identified as the Secretary of Housing and Urban Development, without covenant or warranty, expresses or implied, regarding title, possession or encumbrances, without equity that real property commonly known as 3734 Ranch Crest Dr. situate in the County of Washoe, State of Nevada and being more particularly described as follows:

Lot 17 in Block C of CAUGHLIN RIDGES UNIT NO. 1 VISTA POINTE, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on November 18, 1985, as File No. 1034826, Tract Map No. 2298.

That the foregoing consideration of $7,215.00, lawful money of the United States was the highest bid at public sale under said assessment lien.

A unit sold pursuant to NRS 116.3112 to 116.31168, inclusive, may be redeemed within 60 days by the unit's owner whose interest in the unit was extinguished by the sale, or his or her successor in interest, or any holder of a recorded security interest that is subordinate to the lien on which the unit was sold, or that holder's successor in interest by paying within 60 days:

1) the purchase price of $7,215.00 with interest at the rate of 1% per month;
2) the amount of any assessments, taxes or payments towards liens which were created before the purchase and which have been paid plus interest;
3) if the purchaser is also a creditor having a prior lien to that of the redemptioner, other than the association's lien under which the purchase was made, the amount of such lien, and interest on such amount; and
4) any reasonable amount expended by the purchaser which is reasonably necessary to maintain and repair the unit in accordance with the standards set forth in the governing documents, including, without limitation, any provisions governing maintenance, standing water or snow removal.

Dated: June 23, 2021            Vista Pointe Homeowners Association

By: Gayle A. Kern, Esq., Its Attorney
5421 Kietzke Lane, Suite 200
Reno, NV 89511
(775) 324-5930

**LOOSE NOTARY CERTIFICATE ON FOLLOWING PAGE**

2

APN: 041-313-12
CERTIFICATE OF SALE
PAGE 3

STATE OF NEVADA )
) ss.
COUNTY OF WASHOE )

This instrument was acknowledged before me on June 23, 2021 by Gayle A. Kern, Esq.

ERIN EDGE
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 20-0780-02 - Expires May 5, 2024

_____
NOTARY PUBLIC

3

FILED
Electronically
CV21-01486
2021-08-12 10:28:09 AM
Alicia L. Lerud
Clerk of the Court
Transaction # 8591932

1935
Kerry P. Faughnan, Esq., NSB #.12204
P.O. Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Plaintiff

## SECOND JUDICIAL DISTRICT COURT FOR

## WASHOE COUNTY, NEVADA

| | |
|---|---|
| ALL BUILDING AND PROPERTY SERVICES, INC., a Nevada corporation, | Case No. CV21-01486 |
| | Dept. No.: 15 |
| Plaintiff, | |
| v. | **NOTICE OF LIS PENDENS** |
| ROBERT E. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE TRUST; VISTA POINTE HOMEOWNERS ASSOCIATION, a Nevada Non Profit Cooperative Corporation; LEACH KERN GRUCHOW ANDERSON SONG, LTD., a Nevada Limited Liability Company, SECRETARY OF HOUSING AND URBAN DEVELOPMENT; DOES 1 through 10, inclusive; | |
| Defendants. | |

NOTICE is hereby given that an action has been commenced and is now pending in this Court on the Complaint of the above-entitled Plaintiff against the above-entitled Defendants seeking quiet title and declaratory relief which concerns ownership of certain real property in Washoe County, Nevada legally described as follows:

PARCEL ONE (1)

LOT SEVENTEEN (17) IN BLOCK C OF CAUGHLIN RIDGES UNIT NO. 1, VISTA POINTE, AS SHOWN ON PLAT OF SAID SUBDIVISION FILED FOR RECORD NOVEMBER 18, 1985 IN THE OFFICE OF THE WASHOE

1

COUNTY RECORDER, AS DOCUMENT NO. 1034826, AND BEING MAP NO. 2298.

Commonly known as 3734 Ranch Crest Dr., Reno NV 89509, APN 119 Ayesha Lane, Henderson, Nevada 89074, APN 041-313-12.

Pursuant to NRS 239B.030 and 603A.040, the undersigned does hereby affirm that the preceding document does not contain the personal information of any person.

DATED August 12, 2021.         /s/ Kerry P. Faughnan
                               Kerry P. Faughnan, Esq., NSB 12204
                               P.O. Box 335361
                               North Las Vegas, Nevada 89033
                               (702) 301-3096
                               (702) 331-4222- Fax
                               Kerry.faughnan@gmail.com

                               Attorney for Plaintiff

2

RECEIVED BY PROCESS
8/20/21  10:00 A.

F I L E D
Electronically
CV21-01486
2021-08-18 11:45:02 AM
Alicia L. Lerud
Clerk of the Court
Transaction # 8601939 : csulezic

**2610**
Kerry P. Faughnan, Esq., NSB #.12204
P.O. Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Plaintiff

## SECOND JUDICIAL DISTRICT COURT FOR

## WASHOE COUNTY, NEVADA

| | |
|---|---|
| ALL BUILDING AND PROPERTY SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>ROBERT E. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE TRUST; VISTA POINTE HOMEOWNERS ASSOCIATION, a Nevada Non Profit Cooperative Corporation; LEACH KERN GRUCHOW ANDERSON SONG, LTD., a Nevada Limited Liability Company; SECRETARY OF HOUSING AND URBAN DEVELOPMENT; DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. : . CV21-01486<br><br>Dept. No. :  15<br><br>**NOTICE OF FILING OF BOND** |

Plaintiff ALL BUILDING AND PROPERTY SERVICES, INC., by and through its attorney, Kerry P. Faughnan, Esq., hereby gives notice of filing a $500 bond in support of the Temporary Restraining Order entered August 18, 2021.

DATED August 18, 2021.  /s/ Kerry P. Faughnan
Kerry P. Faughnan, Esq., NSB 12204
P.O. Box 335361
North Las Vegas, Nevada 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Plaintiff

1

F I L E D
Electronically
CV21-01486
2021-08-18 11:13:06 AM
Alicia L. Lerud
Clerk of the Court
Transaction # 8601754

Received by phase
8/20/21   10:00 A.

4170
Kerry P. Faughnan, Esq., NSB #.12204
P.O. Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Plaintiff

## SECOND JUDICIAL DISTRICT COURT FOR

## WASHOE COUNTY, NEVADA

| | |
|---|---|
| ALL BUILDING AND PROPERTY SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>ROBERT E. POOLE, TRUSTEE DOROTHY D. POOLE TRUST;<br>DOROTHY D. POOLE, TRUSTEE DOROTHY D. POOLE TRUST;<br>DOROTHY D. POOLE TRUST;<br>VISTA POINTE HOMEOWNERS ASSOCIATION, a Nevada Non Profit Cooperative Corporation;<br>LEACH KERN GRUCHOW ANDERSON SONG, LTD., a Nevada Limited Liability Company,<br>SECRETARY OF HOUSING AND URBAN DEVELOPMENT;<br>DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. : . CV21-01486<br><br>Dept. No. : 15<br><br>**ORDER RE: PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION;** |

Plaintiff ALL BUILDING AND PROPERTY SERVICES, INC., ("Plaintiff"), having filed an ex parte motion for a temporary restraining order staying Defendant VISTA PONTE HOMEOWNERS ASSOCIATION ("HOA") and LEACH KERN GRUCHOW ANDERSON SONG LTD. ("LEACH KERN") and its agents, representatives and assigns from accepting any redemption of the real property commonly known as 3734 Ranch Crest Dr., Reno NV 89509 (the "Property") more than 60 days after the June 11, 2021 foreclosure sale, and good cause appearing,

1

1  **IT IS DECREED** that Plaintiff will be irreparably harmed if the HOA and LEACH
2  KERN accepts a redemption before lien priorities are established by the Court or the Court
3  otherwise rules on Plaintiff's Motion for Preliminary Injunction.
4  **IT IS HEREBY FURTHER ORDERED** that Defendant VISTA PONTE
5  HOMEOWNERS ASSOCIATION and LEACH KERN GRUCHOW ANDERSON SONG LTD.
6  and its agents, representatives and assigns are prohibited from accepting any redemption for the
7  real property commonly known as 3734 Ranch Crest Dr., Reno NV 89509, until such time as the
8  Court rules on Plaintiff's Motion for Preliminary Injunction or otherwise vacates or amends this
9  order.
10 **IT IS HEREBY FURTHER ORDERED** that Plaintiff shall post a security bond
11 in the amount of $ __500.00__ in order for this Temporary Restraining Order to be
12 effective.
13 **IT IS FURTHER ORDERED** this Temporary Restraining Order shall expire
14 __OCTOBER 20, 2021__ unless further extended as permitted in the ruled by this Court.
15 **IT IS FURTHER ORDERED** that a hearing on Plaintiff's Motion for Preliminary
16 Injunction shall be considered by the Court __OCTOBER 20, 2021 at 9:00AM (2 HOURS)__. Any
17 Opposition to the Motion shall be filed by __OCTOBER 15, 2021__ and any Reply shall
18 be due by __OCTOBER 19, 2021 AT NOON__.
19 DATED __AUGUST 18, 2021__
20 IT IS SO ORDERED
21
22
23 DISTRICT COURT JUDGE
24 Submitted by:

/s/ Kerry P. Faughnan, Esq.
25 Kerry Faughnan, Esq., NSB #12204
   P.O. Box 335361
26 North Las Vegas, NV 89086
   (702) 301-3096
27 (702) 331-4222- Fax
   Kerry.faughnan@gmail.com
28 Attorney for Plaintiff

2