**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALL BUILDING AND PROPERTY SERVICES, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>ROBERT E. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE TRUST; VISTA POINTE HOMEOWNERS ASSOCIATION, a Nevada Non Profit Cooperative Corporation; LEACH KERN GRUCHOW ANDERSON SONG, LTD., a Nevada Limited Liability Company; SECRETARY OF HOUSING AND URBAN DEVELOPMENT; DOES 1 through 10, inclusive;<br><br>　　　　Defendants. | Case No. : . 3:21-cv-00400-LRH-WGC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT SECRETARY OF HOUSING AND URBAN DEVELOPMENT'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

//

//

//

//

//

//

1

Comes now Plaintiff ALL BUILDING AND PROPERTY SERVICES, INC., by and through its attorney, Kerry P. Faughnan, Esq., and the SECRETARY OF HOUSING AND URBAN DEVELOPMENT ("HUD"), by and through its attorney Holly A. Vance, Esq., who hereby stipulate that Plaintiff's response to HUD's Motion to Dismiss [ECF#6], filed September 28, 2021, currently with a response due October 12, 2021, should be continued two weeks to October 26, 2021, the parties discussing settlement and awaiting payoff information from HUD.

No previous request to extend has been requested.

DATED October 9, 2021,

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES JUDGE

Dated: October 12, 2021.

2