| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 8 | ALL BUILDING AND PROPERTY SERVICES, INC., a Nevada corporation, | Case No. : . 3:21-cv-00400-LRH-WGC |
| 9 | Plaintiff, | |
| 10 | v. | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT SECRETARY OF HOUSING AND URBAN DEVELOPMENT'S MOTION TO DISMISS** |
| 11 | ROBERT E. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE TRUST; VISTA POINTE HOMEOWNERS ASSOCIATION, a Nevada Non Profit Cooperative Corporation; LEACH KERN GRUCHOW ANDERSON SONG, LTD., a Nevada Limited Liability Company, SECRETARY OF HOUSING AND URBAN DEVELOPMENT; DOES 1 through 10, inclusive; | |
| 12 | | |
| 13 | | **[SECOND REQUEST]** |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

1

1  Comes now Plaintiff ALL BUILDING AND PROPERTY SERVICES, INC., by and
2  through its attorney, Kerry P. Faughnan, Esq., and the SECRETARY OF HOUSING AND
3  URBAN DEVELOPMENT ("HUD"), by and through its attorney Holly A. Vance, Esq., who
4  hereby stipulate that Plaintiff's response to HUD's Motion to Dismiss [ECF#6], filed September
5  28, 2021, currently with a response due October 26, 2021, should be continued two weeks to
6  November 9, 2021, the parties still discussing settlement and awaiting additional payoff
7  information from HUD regarding per diem and HUD's second deed of trust.
8  
9  One previous, two week request to extend has been requested, ECF #8, and granted as
10 ECF #9.
11 DATED October 25, 2021,

/s/ Kerry P. Faughnan              /s/ Holly A. Vance
Kerry P. Faughnan, Esq., NSB 12204   Holly A. Vance, Esq.
P.O. Box 335361                    Assistant U.S. Attorney
North Las Vegas, Nevada 89033      400 South Virginia St, Ste. 900
(702) 301-3096                     Reno, NV 89501
(702) 331-4222- Fax                (775)   84-5438
Kerry.faughnan@gmail.com           holly.a.vance@usdoj.gov

Attorney for Plaintiff             Attorney for Defendant Secretary of Housing
                                   and Urban Development


**IT IS SO ORDERED**.

_____
LARRY R. HICKS
U.S. DISTRICT COURT JUDGE

Dated: October 26, 2021.