**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALL BUILDING AND PROPERTY SERVICES, INC., a Nevada corporation,<br><br>    Plaintiff,<br>v.<br><br>ROBERT E. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE TRUST; VISTA POINTE HOMEOWNERS ASSOCIATION, a Nevada Non Profit Cooperative Corporation; LEACH KERN GRUCHOW ANDERSON SONG, LTD., a Nevada Limited Liability Company; SECRETARY OF HOUSING AND URBAN DEVELOPMENT; DOES 1 through 10, inclusive;<br><br>    Defendants. | Case No. : . 3:21-cv-00400-LRH-WGC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT SECRETARY OF HOUSING AND URBAN DEVELOPMENT'S MOTION TO DISMISS**<br><br>**[THIRD REQUEST]** |

//

//

//

//

//

//

//

1

1  Comes now Plaintiff ALL BUILDING AND PROPERTY SERVICES, INC., by and
2  through its attorney, Kerry P. Faughnan, Esq., and the SECRETARY OF HOUSING AND
3  URBAN DEVELOPMENT ("HUD"), by and through its attorney Holly A. Vance, Esq., who
4  hereby stipulate that Plaintiff's response to HUD's Motion to Dismiss [ECF#6], filed September
5  28, 2021, currently with a response due November 9, 2021, should be continued two weeks to
6  November 23, 2021.  Plaintiff has now received the requested payoff information from HUD,
7  and is now drafting a settlement to be received by HUD by November 12, 2021, with the parties
8  believing two weeks being adequate for HUD to make their response.
9  
10 Two previous, two week request to extend have been granted, the most recent being
11 granted as ECF #14.
12 DATED November 9, 2021,

/s/ Kerry P. Faughnan  
Kerry P. Faughnan, Esq., NSB 12204  
P.O. Box 335361  
North Las Vegas, Nevada 89033  
(702) 301-3096  
(702) 331-4222- Fax  
Kerry.faughnan@gmail.com  

Attorney for Plaintiff

/s/ Holly A. Vance  
Holly A. Vance, Esq.  
Assistant U.S. Attorney  
400 South Virginia St, Ste. 900  
Reno, NV 89501  
(775) 84-5438  
holly.a.vance@usdoj.gov  

Attorney for Defendant Secretary of Housing and Urban Development

IT IS SO ORDERED.

_____  
LARRY R. HICKS  
U.S. DISTRICT COURT JUDGE

DATED:  November  10 , 2021.