UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALL BUILDING AND PROPERTY SERVICES, INC., a Nevada corporation,<br><br>          Plaintiff,<br>v.<br><br>ROBERT E. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE TRUST; VISTA POINTE HOMEOWNERS ASSOCIATION, a Nevada Non Profit Cooperative Corporation; LEACH KERN GRUCHOW ANDERSON SONG, LTD., a Nevada Limited Liability Company; SECRETARY OF HOUSING AND URBAN DEVELOPMENT; DOES 1 through 10, inclusive;<br><br>          Defendants. | Case No. : . 3:21-cv-00400-LRH-WGC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT SECRETARY OF HOUSING AND URBAN DEVELOPMENT'S MOTION TO DISMISS**<br><br>**[FOURTH REQUEST]** |

//

//

//

//

//

//

1

Comes now Plaintiff ALL BUILDING AND PROPERTY SERVICES, INC., by and through its attorney, Kerry P. Faughnan, Esq, who moves for a fourth extension of time for Plaintiff's response to HUD's Motion to Dismiss [ECF#6], filed September 28, 2021, currently with a response due November 23, 2021, for two weeks, to December 7, 2021.

The parties are awaiting HUD's response to Plaintiff's settlement proposal previously made November 12, 2021, and unfortunately HUD has not yet responded despite the parties previously believing in their prior stipulation that the previous extension would be sufficient for a response.

HUD's counsel Ms. Vance by email directed Plaintiff to make this additional request for extension of time as the parties await a response, to which she stated she does not oppose.

Three previous, two week request to extend have been granted, the most recent being granted as ECF #16.

DATED November 23, 2021,

/s/ Kerry P. Faughnan
Kerry P. Faughnan, Esq., NSB 12204
P.O. Box 335361
North Las Vegas, Nevada 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Plaintiff


IT IS SO ORDERED.

_____
LARRY R. HICKS
U.S. DISTRICT COURT JUDGE

DATED:  November 23, 2021.