**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALL BUILDING AND PROPERTY SERVICES, INC., a Nevada corporation,<br><br>        Plaintiff,<br>v.<br><br>ROBERT E. POOLE, TRUSTEE DOROTHY D. POOLE TRUST;<br>DOROTHY D. POOLE, TRUSTEE DOROTHY D. POOLE TRUST;<br>DOROTHY D. POOLE TRUST;<br>VISTA POINTE HOMEOWNERS ASSOCIATION, a Nevada Non Profit Cooperative Corporation;<br>LEACH KERN GRUCHOW ANDERSON SONG, LTD., a Nevada Limited Liability Company,<br>SECRETARY OF HOUSING AND URBAN DEVELOPMENT;<br>DOES 1 through 10, inclusive;<br><br>        Defendants. | Case No. : . 3:21-cv-00400-LRH-WGC<br><br><br>**ORDER GRANTING STIPULATION TO STAY CASE BETWEEN DEFENDANT SECRETARY OF HOUSING AND URBAN DEVELOPMENT AND PLAINTIFF ALL BUILDING AND PROPERTY SERVICES, INC.**<br><br>**[FIRST REQUEST]** |

Come now Plaintiff ALL BUILDING AND PROPERTY SERVICES, INC., by and through its attorney, Kerry P. Faughnan, Esq., and the SECRETARY OF HOUSING AND URBAN DEVELOPMENT ("HUD"), by and through its attorney Holly A. Vance, Esq., who hereby stipulate to stay this matter because the parties are negotiating terms of a settlement agreement.

The parties agree they shall provide the court with a status report on January 10, 2022, the day service of the Trust defendant is due, and each 30 days thereafter if necessary, of their status and/or if the stay should be lifted.

1

Currently HUD's Motion to Dismiss [ECF#6], filed September 28, 2021, is pending. The parties have stipulated to various extensions of the response, most recently to December 7, 2021, [ECF #20], however HUD has advised it is working on a counter-proposal to the settlement proposal made by Plaintiff, which should be coming shortly. No other matters are pending.

DATED December 7, 2021,

| | |
|---|---|
| /s/ Kerry P. Faughnan | /s/ Holly A. Vance |
| Kerry P. Faughnan, Esq., NSB 12204 | Holly A. Vance, Esq. |
| P.O. Box 335361 | Assistant U.S. Attorney |
| North Las Vegas, Nevada 89033 | 400 South Virginia St, Ste. 900 |
| (702) 301-3096 | Reno, NV 89501 |
| (702) 331-4222- Fax | (775)   84-5438 |
| Kerry.faughnan@gmail.com | holly.a.vance@usdoj.gov |
| | |
| Attorney for Plaintiff | Attorney for Defendant Secretary of Housing and Urban Development |

IT IS SO ORDERED.

_____
LARRY R. HICKS
U.S. DISTRICT COURT JUDGE

DATED:  December 20, 2021.

2