Kerry P. Faughnan, Esq., NSB #.12204
P.O. Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALL BUILDING AND PROPERTY SERVICES, INC., a Nevada corporation,<br><br>    Plaintiff,<br>v.<br><br>ROBERT E. POOLE, TRUSTEE DOROTHY D. POOLE TRUST;<br>DOROTHY D. POOLE, TRUSTEE DOROTHY D. POOLE TRUST;<br>DOROTHY D. POOLE TRUST;<br>VISTA POINTE HOMEOWNERS ASSOCIATION, a Nevada Non Profit Cooperative Corporation;<br>LEACH KERN GRUCHOW ANDERSON SONG, LTD., a Nevada Limited Liability Company,<br>SECRETARY OF HOUSING AND URBAN DEVELOPMENT;<br>DOES 1 through 10, inclusive;<br><br>    Defendants. | Case No. : . 3:21-cv-00400-LRH-WGC<br><br>**ORDER GRANTING SECOND MOTION TO EXTEND TIME TO SERVE THE DEFENDANT THE DOROTHY D. POOLE TRUST** |

Comes now Plaintiff ALL BUILDING AND PROPERTY SERVICES, INC., by and through its attorney, Kerry P. Faughnan, Esq., who moves for an additional 60 day extension of time to serve the defendant the DOROTHY D. POOLE TRUST, (the "Trust"), from Monday, January 10, 2022 to Friday, March 11, 2022.

In furtherance of the motion, Plaintiff's counsel states:

Plaintiff previously requested and received an extension of time to serve the Trust defendant until Monday, January 10, 2022.  ECF #15, #17.

1

Since that time, Plaintiff has now located a representative of the Trust, Sally (Poole) Honnold, in the state of Washington, the parties are in contact to attempt to resolve the matter without further litigation, and there is the expectation the Trust will be waiving any interest in the property.

Further discourse and the drafting of settlement documents will be required to accomplish this resolution, and if it can not be completed in 60 days, Plaintiff can serve the Trust to cause the proceedings to advance.

There are no other matters pending, and Plaintiff and the Secretary of Urban Housing and Development, the only other party remaining in the case, have stayed the case between them pursuant to a stipulation granted by this court, ECF #22 as they discuss settlement.

## CONCLUSION

For the above and foregoing reasons, good cause exists for the court to extend the time of service upon the Trust 60 days, from Monday, January 10, 2022, to Friday, March 11, 2022, or Plaintiff is to file a stipulation resolving the matter between the Plaintiff and the Trust by March 11, 2022.

I declare the foregoing true and correct to the best of my knowledge and belief.

DATED January 10, 2022,        /s/ Kerry P. Faughnan
                               Kerry P. Faughnan, Esq., NSB 12204
                               P.O. Box 335361
                               North Las Vegas, Nevada 89033
                               (702) 301-3096
                               (702) 331-4222- Fax
                               Kerry.faughnan@gmail.com
                               Attorney for Plaintiff

IT IS SO ORDERED.

_____
       U.S. MAGISTRATE JUDGE

Dated:
     January 11, 2022

2