**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALL BUILDING AND PROPERTY SERVICES, INC., a Nevada corporation,<br><br>        Plaintiff,<br>v.<br><br>ROBERT E. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE TRUST; VISTA POINTE HOMEOWNERS ASSOCIATION, a Nevada Non Profit Cooperative Corporation; LEACH KERN GRUCHOW ANDERSON SONG, LTD., a Nevada Limited Liability Company; SECRETARY OF HOUSING AND URBAN DEVELOPMENT; DOES 1 through 10, inclusive;<br><br>        Defendants. | Case No. : . 3:21-cv-00400-LRH-CSD<br><br>**ORDER RE STAY OF CASE BETWEEN DEFENDANT SECRETARY OF HOUSING AND URBAN DEVELOPMENT AND PLAINTIFF ALL BUILDING AND PROPERTY SERVICES, INC.** |

    Come now Plaintiff ALL BUILDING AND PROPERTY SERVICES, INC., by and through its attorney, Kerry P. Faughnan, Esq., and the SECRETARY OF HOUSING AND URBAN DEVELOPMENT ("HUD"), by and through its attorney Holly A. Vance, Esq., who provide this status report concerning the stay in place between the Secretary of Housing and Urban Development (HUD) and Plaintiff, ECF #22.

    HUD had requested an appraisal of the property. The appraisal was completed and HUD shared a copy of the appraisal with Plaintiff August 11, 2022. The parties have now tendered new settlement offers to each other.

The parties request the stay be continued 30 days, and if no settlement is reached, the stay be lifted Friday, September 16, 2022, with Plaintiff's response to the Motion to Dismiss, ECF#6, due by Monday, September 19, 2022.  Further pleadings shall be due in the ordinary course and the court thereafter may consider same.  In the event the Motion to Dismiss is subsequently heard and denied by the court, the parties thereafter propose submitting a Scheduling Order within 14 days of a ruling on the Motion to Dismiss.

No other matters are pending.

Dated August 16, 2022.

/s/ Kerry P. Faughnan
Kerry P. Faughnan, Esq., NSB 12204
P.O. Box 335361
North Las Vegas, Nevada 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Plaintiff

/s/ Holly A. Vance
Holly A. Vance, Esq.
Assistant U.S. Attorney
400 South Virginia St, Ste. 900
Reno, NV 89501
(775) 784-5438
holly.a.vance@usdoj.gov

Attorney for Defendant Secretary of Housing and Urban Development

## ORDER

**IT IS HEREBY ORDERED** that the stay is continued 30 days from entry of this order and if no settlement is reached, the stay shall be lifted Friday, September 16, 2022.

**IT IS FURTHER ORDERED** if no settlement is reached and the stay is lifted on Friday, September 16, 2022, Plaintiff's shall file a response to the Motion to Dismiss, ECF No. 6 on or before Monday, September 19, 2022.  Further pleadings shall be due in the ordinary course and the court thereafter may consider same.

**IT IS SO ORDERED**.

DATED August 17, 2022.

_____
LARRY R. HICKS
United States District Judge

2