UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALL BUILDING AND PROPERTY SERVICES, INC., a Nevada corporation<br><br>Plaintiff,<br><br>v.<br><br>ROBERT E. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE TRUST; VISTA POINTE HOMEOWNERS ASSOCIATION, a Nevada Non Profit Cooperative Corporation; LEACH KERN GRUCHOW ANDERSON SONG, LTD., a Nevada Limited Liability Company; SECRETARY OF HOUSING AND URBAN DEVELOPMENT; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00400-LRH-CSD<br><br>**ORDER GRANTING MOTION FOR EXTENSION (First Request)** |

Defendant Secretary of Housing and Urban Development ("Defendant") hereby moves for an extension of time, from September 26, 2022 to October 17, 2022, to file a reply in support of Defendant's motion to dismiss. (ECF No. 6). On December 22, 2021, the Court stayed this quiet title action to allow the parties to attempt to negotiate a settlement, but that stay was lifted on September 16, 2022. (ECF Nos. 22, 33). Now that the stay has

been lifted, Defendant anticipates Plaintiff will contact Defendant soon to confer under Federal Rule of Civil Procedure 26(f) and discuss a proposed discovery plan.

An extension to file a reply in support of Defendant's motion to dismiss is warranted for three reasons. First, a number of attorneys and staff within defense counsel's office recently resigned. (Vance Decl. ¶ 3). As a result, defense counsel is handling a higher-than-normal caseload. (*Id.*). Second, only a limited number of attorneys and support staff may work in defense counsel's office at any given time due to the pandemic, thereby slowing the time it takes to process and complete required tasks. (*Id.*). Third, defense counsel faces multiple filing deadlines in several cases, including one before the Ninth Circuit. (*Id.*). Under the circumstances, good cause exists for an extension allowing Defendant up to and including October 17, 2022 to file a reply in support of Defendant's motion to dismiss *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

This is Defendant's first extension request. *See* LR IA 6-1 (must advise of previous extension requests). On September 22, 2022, defense counsel contacted Plaintiff's counsel to get his position on this extension request, but she has not yet heard back from him. (Vance Decl. ¶ 4). This extension request is made in good faith and not for the purpose of undue delay. (*Id.*).

## CONCLUSION

For the reasons argued above, Defendant respectfully requests that the deadline to file the reply in support of Defendant's motion to dismiss be extended to October 17, 2022.

Respectfully submitted this 23rd day of September 2022.

JASON M. FRIERSON
United States Attorney

 *s/ Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALL BUILDING AND PROPERTY SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT E. POOLE, TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE TRUSTEE DOROTHY D. POOLE TRUST; DOROTHY D. POOLE TRUST; VISTA POINTE HOMEOWNERS ASSOCIATION, a Nevada Non Profit Cooperative Corporation; LEACH KERN GRUCHOW ANDERSON SONG, LTD., a Nevada Limited Liability Company; SECRETARY OF HOUSING AND URBAN DEVELOPMENT; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00400-LRH-CSD<br><br>**Declaration of Holly A. Vance** |

I, Holly A. Vance, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I serve as an Assistant United States Attorney with the Department of Justice, United States Attorney's Office in Reno, Nevada. I have served in that capacity since October 2008.

2. I have been assigned to defend the litigation entitled *All Building and Property Services, Inc. v. Poole*, Case No. 3:21-cv-00400-LRH-CSD. I submit this declaration in support

of Defendant's request for an extension of time to file a reply in support of Defendant's motion to dismiss.

3. An extension is warranted for three reasons. First, a number of attorneys and staff within my office recently resigned. As a result, I am handling a higher-than-normal caseload. Second, only a limited number of attorneys and support staff may work in my office at any given time due to the pandemic, thereby slowing the time it takes to process and complete required tasks. Third, I am facing multiple filing deadlines in several cases, including one before the Ninth Circuit.

4. This is Defendant's first request for an extension of time. On September 22, 2022, I emailed Plaintiff's counsel to get his position on this extension request, but I have not yet heard back from him. This extension request is made in good faith and not for the purpose of undue delay.

I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge.

Executed this 23rd day of September 2022.

s/ *Holly A. Vance*
HOLLY A. VANCE
Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that Defendant's motion for extension of time (ECF No. 35) is GRANTED.

IT IS FURTHER ORDERED that Defendant shall file a reply in support of Defendant's motion to dismiss (ECF No. 6) on or before October 17, 2022.

IT IS SO ORDERED.

_____
LARRY R. HICKS
United States District Judge

DATE: October ___6____, 2022.

2