AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ALL BUILDING AND PROPERTY SERVICES, INC.,

        Plaintiff,

v.

ROBERT E. POOLE, *et al*,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  3:21-cv-00400-LRH-CSD

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that this action is **dismissed with prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court enter final judgment accordingly, and close this case.



Date: March 8, 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*