UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALL BUILDING AND PROPERTY SERVICES, INC., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> SECRETARY OF HOUSING AND URBAN DEVELOPMENT, <br><br> Defendant-Appellee, <br><br> and <br><br> ROBERT E. POOLE, Trustee; et al., <br><br> Defendants. | No. 23-15522 <br><br> D.C. No. 3:21-cv-00400-LRH-CSD <br> District of Nevada, <br> Reno <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 12), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator